UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JUNIOR MELONG,

                        Plaintiff,         **ORDER**
                                                             CV 08-5056 (JS)(ARL)
      -against-

NUTRITIONAL SCIENCE LABORATORIES,

                        Defendant.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendant's letter application dated August 6, 2009, seeking to compel the plaintiff to respond to the defendant's First Request for the Production of Documents and First Set of Interrogatories and to provide properly executed authorization forms for the release of medical records. The discovery requests were served on the plaintiff on June 10, 2009. The HIPAA forms were requested on May 11, 2009. By letter dated August 14, 2009, the plaintiff indicated that he has forwarded the authorizations and will respond to the discovery requests shortly. The plaintiff also indicates that the defendant has not responded to the plaintiff's demands served on June 5, 2009.

      Accordingly, the defendant's request is granted, in part. The plaintiff shall contact the defendant upon receipt of this order to verify that the authorizations have now been properly executed. The plaintiff is also directed to provide responses to all outstanding discovery requests by September 1, 2009. The defendant shall also respond to the plaintiff's outstanding requests by September 1, 2009. The defendant's motion for sanctions is denied but may be renewed if the plaintiff fails to comply with this order.

Dated:  Central Islip, New York             **SO ORDERED:**
         August 17, 2009

                                                     _____/s/_____
                                                     ARLENE R. LINDSAY
                                                     United States Magistrate Judge